**Charles O. Cavitt and Charles Cavitt, a Minor, by His Next Friend, Charles O. Cavitt, Plaintiffs-Appellants, v. Terrence F. Faulkner, Defendant-Appellee.**

Gen. No. 65–151. (Abstract of Decision.)

Second District.

August 22, 1966.

Reese & Schuster, of Rockford, for appellants; Thomas and Kostantacos, of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.